NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ROBERT WESLEY SMITH,**
*Petitioner*

**v.**

**GENERAL SERVICES ADMINISTRATION,**
*Respondent*

_____

2020-1463

_____

Petition for review of the Merit Systems Protection Board in No. AT-0752-17-0470-M-1.

_____

## JUDGMENT

_____

JOHN THOMAS HARRINGTON, The Employment Law Group, PC, Washington, DC, argued for petitioner. Also represented by ROBERT SCOTT OSWALD.

CORINNE ANNE NIOSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC argued for respondent. Also represented by JEFFREY B. CLARK, LISA LEFANTE DONAHUE, ROBERT EDWARD KIRSCHMAN, JR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2021     /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                         Clerk of Court